IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 25-cv-01787-CNS-TPO | Date: February 17, 2026 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MALEEKA JIHAD<br>**Plaintiff**<br><br>v.<br><br>COLORADO OFFICE OF RESPONDENT PARENTS' COUNSEL<br>MELISSA MICHAELIS THOMPSON<br>ASHLEE ARCILLA<br>**Defendants** | *Madeline Leibin*<br>*Mari Newman*<br><br><br><br>*Sara Bellamy*<br>*Juliane DeMarco* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 10:31 a.m.

Appearance of counsel.

Argument given on [19] Defendants' Motion to Partially Dismiss the Complaint by Ms. DeMarco and Ms. Newman with questions from the Court.

As outlined on the record, it is

**ORDERED: [19] Defendants' Motion to Partially Dismiss the Complaint is DENIED.**

The Court outlines its procedures as to summary judgment.

**ORDERED:**   **Settlement conference with the Magistrate Judge is authorized.**

**If a mediation or settlement conference date is set, parties are to send a joint email to Chambers with notification of the date. Within five days after the mediation or settlement conference is held, parties are to send an additional email to Chambers as to the status of settlement.**

Court in Recess:  11:23 a.m.         Hearing concluded.          Total time in Court:  00:52